**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: RESPIMAT PHARMACEUTICALS ANTITRUST LITIGATION | Case No. 1:25-md-03154-DJC |

# JOINT STATUS REPORT

Plaintiffs and Defendants (the "Parties") respectfully submit this Joint Status Report in the form of a proposed agenda in advance of the Status Conference set for November 5, 2026, at 2:00 p.m., before Judge Cabell. *See* ECF No. 159.

## I. Pending Issues Referred to Judge Cabell

**A.** Time Period for Market Power Discovery (referred March 4, 2026, ECF No. 68)

**B.** Counting of Plaintiffs' Interrogatories (referred March 4, 2026, ECF No. 68)

**C.** Plaintiffs' Motion to Compel No. 2 (Search Terms, Custodians, and Time Period) (filed October 1, 2026, ECF No. 144)

## II. Other Pending Issues

**A.** Case Schedule (ECF No. 126)

**B.** Non-party Cipla USA's request that the Court enter the agreed-upon stipulation and proposed supplemental Protective Order before Cipla produces documents. (ECF No. 112)

**C.** Plaintiffs' Motion for Leave to Amend the Consolidated Class Action Complaint (ECF No. 105) (pending before Judge Casper)

**D.** Parties' request that the Court enter the stipulated [Proposed] Deposition Protocol Order filed on October 30, 2025 (ECF No. 28)

* * *

The Parties appreciate the Court's attention to these matters and look forward to addressing them at the Status Conference.

Dated: November 3, 2026

Respectfully submitted,

By: /s/ Lin Y. Chan
Lin Y. Chan (admitted pro hac vice)
Brendan P. Glackin (admitted pro hac vice)
Jules A. Ross (admitted pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street
29th Floor
San Francisco, CA 94111
Phone: 415-956-1000
bglackin@lchb.com
lchan@lchb.com
jross@lchb.com

Dan Drachler (admitted pro hac vice)
Emily Harwell (admitted pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street
8th Floor
New York, NY 10013
Phone: 212-355-9500
ddrachler@lchb.com
eharwell@lchb.com

Natasha J. Fernández-Silber
**EDELSON PC**
200 South 1st Street
Ann Arbor, MI 48104
Phone: (312) 589-6370
nfernandezsilber@edelson.com

Brandon Michael Baum-Zepeda* (admitted pro hac vice)
Sarah LaFreniere (admitted pro hac vice)
**EDELSON PC**
1255 Union Street NE
Suite 850
Washington, DC 20002
Phone: 202-270-4777
bbaum-zepeda@edelson.com
slafreniere@edelson.com

By: /s/ John B. Lucy, Jr.
Caeli Higney (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center
Suite 2600
San Francisco, CA 94111-3715
Phone: (415) 393-8200
chigney@gibsondunn.com

Samuel Liversidge (admitted pro hac vice)
Daniel Nowicki (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Phone: (213) 229-7000
sliversidge@gibsondunn.com
dnowicki@gibsondunn.com

Stephen Weissman (admitted pro hac vice)
Steve Pet (admitted pro hac vice)
Jack Zippel (admitted pro hac vice)
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Phone: (202) 955-8678
sweissman@gibsondunn.com
spet@gibsondunn.com
jzippel@gibsondunn.com

Michael Bunis (BBO No. 566839)
John Lucy, Jr. (BBO No. 710083)
**CHOATE, HALL & STEWART LLP**
Two International Place
100-150 Oliver Street
Boston, MA 02110
Phone: (617) 248-5000
mbunis@choate.com
jlucy@choate.com

*Attorneys for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. and Boehringer Ingelheim International GmbH*

*Barred only in California. Practice limited to matters authorized by D.C. Rule 49(c)(3).

Todd Seaver (BBO No. 645874)
Carl N. Hammarskjold (admitted pro hac vice)
Matthew D. Pearson (admitted pro hac vice)
Sean Akchin (admitted pro hac vice)
**BERMAN TABACCO**
101 Montgomery Street
Suite 600
San Francisco, CA 94104
Phone: (415) 433-3200
tseaver@bermantabacco.com
chammarskjold@bermantabacco.com
mpearson@bermantabacco.com
sakchin@bermantabacco.com

Gregory S. Asciolla (admitted pro hac vice)
Geralyn Trujillo (admitted pro hac vice)
Steven Groopman (BBO No. 568933)
Jay R. Wexler (admitted pro hac vice)
Noah L. Cozad (admitted pro hac vice)
**DICELLO LEVITT LLP**
485 Lexington Avenue
Suite 1001
New York, NY 10017
Phone: (646) 933-1000
gasciolla@dicellolevitt.com
gtrujillo@dicellolevitt.com
sgroopman@dicellolevitt.com
jwexler@dicellolevitt.com
ncozad@dicellolevitt.com

*Interim Co-Lead Class Counsel*

Matthew E. Van Tine (BBO No. 541943)
**MILLER LAW LLC**
53 W Jackson Boulevard
Suite 1320
Chicago, IL 60604
Phone: (312) 332-3400
mvantine@millerlawllc.com

*Additional Counsel for Massachusetts Laborers' Health & Welfare Fund*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on November 3, 2026.

/s/ Lin Y. Chan__________
Lin Y. Chan